_____

No. 96-3302
_____

United States of America,          *
                                   *
          Appellee,                *
                                   *  Appeal from the United States
     v.                            *  District Court for the
                                   *  Southern District of Iowa.
Rick Lloyd Carmer,                 *
                                   *     [UNPUBLISHED]
          Appellant.               *


_____

          Submitted:  January 7, 1997

             Filed:  January 10, 1997
_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Rick Lloyd Carmer pleaded guilty to being a felon in possession of
a firearm, in violation of 18 U.S.C. § 922(g)(1).  The district court[1]
granted the government's motion for a downward departure under U.S.
Sentencing Guidelines Manual § 5K1.1, p.s. (substantial assistance), and
sentenced him to 20 months imprisonment.


     Carmer argues on appeal that the district court improperly concluded
it did not have authority to depart downward based on his drug
rehabilitative efforts and the deferral of parole on an Iowa term of
imprisonment.  After carefully reviewing the record we conclude that the
district court did not err in sentencing Carmer, and we accordingly affirm
the judgment.

_____

     [1]The Honorable Harold D. Vietor, United States District Judge
for the Southern District of Iowa.

A true copy.

Attest:

        CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.